UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LELA CHADUNELI,

        Petitioner,

        v.

FACILITY ADMINISTRATOR,
CALIFORNIA DETENTION FACILITY,

        Respondent.

No.  1:25-cv-02034 DJC SCR

ORDER

Petitioner is a federal immigration detainee proceeding through counsel in this habeas corpus action filed pursuant to 28 U.S.C. § 2241.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On January 29, 2026, the Magistrate Judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within seven days.  Neither party filed objections to the findings and recommendations.

The Court presumes that any findings of fact are correct.  *See Orand v. United States*, 602 F.2d 207, 208 (9th Cir. 1979).  The Magistrate Judge's conclusions of law are reviewed de novo.  *See Britt v. Simi Valley Unified School Dist.*, 708 F.2d 452, 454

1

(9th Cir. 1983).  The Court has reviewed the file and finds the findings and recommendations to be supported by the record and by the Magistrate Judge's analysis.

Accordingly, IT IS HEREBY ORDERED that:

1.    The findings and recommendations (ECF No. 11) are adopted in full.

2.    Petitioner's application for a writ of habeas corpus (ECF No. 1) is granted.

3.    Respondent is ordered to provide petitioner with an individualized bond hearing before a neutral decision-maker, at which the government bears the burden of justifying continued detention by clear and convincing evidence, within **fourteen (14)** from the date of any order adopting these Findings and Recommendations.

4.    Respondent is further directed to file a notice certifying compliance with the above provision within **three (3) days** from the date of such bond hearing; and

5.    The Clerk of the Court is directed to enter judgment in Petitioner's favor and close the case.

IT IS SO ORDERED.

Dated:    **February 6, 2026**

Hon. Daniel J. Calabretta
UNITED STATES DISTRICT JUDGE

2